United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS AGUSTIN OTERO NOVOA, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-269 |
| KRISTI NOEM, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Carlos Agustin Otero Novoa voluntarily dismisses all claims asserted in this action without prejudice. (Notice, Doc. 5) The Notice dismisses Plaintiffs' causes of action without prejudice without court order.

Each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on March 16, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge